HANNAH FARRELL, as Administratrix, etc., of THOMAS FARRELL, Deceased, Appellant, v. JOHN J. VELSOR, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FISH GARMANY REALTY CORPORATION, Appellant, v. EDITH L. JUST, Respondent.— Judgment and order reversed upon the law, and new trial granted, with costs to abide the event. If the receipt dated April 20, 1921, signed by defendant, expressed the true agreement between the parties, it was a sufficient compliance with section 259 of the Real Property Law, and upon it and the telegram of April 21, 1921, defendant could have maintained an action for specific performance against the purchaser. If, however, the agreement was, as testified to by Mr. Trow, that he would purchase the property upon the terms mentioned only if the condition of the house was satisfactory to him, then no valid contract between the parties was shown. The agent having testified that no such condition was imposed by Mr. Trow, it became a question of fact for the jury. If the jury found that the offer of Mr. Trow was unconditional, as testified to by Mr. Fish, plaintiff was entitled to recover; otherwise not. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

CHARLES T. GORDON, Respondent, v. CANDEE INCUBATOR AND BROODER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

HYMAN GRABSKY, Respondent, v. S. GOLDIN & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

HELEN W. HARRIS, Respondent, v. GOLD THEATRE CORPORATION, Appellant. — Judgment reversed upon the law and the facts, and a new trial granted, with costs to appellant to abide the event, upon the ground that the judgment, and also the findings of fact, are against the weight of the evidence. This court reverses the third, fourth, fifth, seventh and ninth (except that portion which states as follows: " Thereafter, plaintiff entered upon and took possession of the said property ") findings of fact; and all the conclusions of law as found by the trial court. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle order on notice.

In the Matter of Acquiring Title by the CITY OF NEW YORK, Appellant, to Certain Lands and Premises Situated at and near the Southwesterly Corner of Prospect Avenue and Park View Avenue, in the Borough of Queens, etc. WOLF H. SELDIN, Respondent.— Final decree unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.